UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, *and on behalf of all other persons similarly situated*,

          Plaintiff,

– against –

EDELMAN SHOE, INC.,

          Defendant.

**ORDER**

19 Civ. 11185 (ER)

Ramos, D.J.:

    The Court granted defendant's motion to dismiss on November 6, 2020. Doc. 25. Plaintiff was permitted to file a second amended complaint by November 20, 2020, or have judgment entered for defendant. No second amended complaint was filed. Therefore, for the reasons discussed in the Court's November 6, 2020 order granting defendant's motion to dismiss, Doc. 25, the Clerk of Court is respectfully instructed to enter judgment for defendant and close the case.

    It is SO ORDERED.

Dated:   April 5, 2021
           New York, New York

                                          Edgardo Ramos, U.S.D.J.