UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HIMELDA MENDEZ, and on behalf of all
other persons similarly situated,

                Plaintiff,

-against-

EDELMAN SHOE, INC.,

                Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021
```

19 CIVIL 11185 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 5, 2021, the Court granted defendant's motion to dismiss on November 6, 2020. Doc. 25. Plaintiff was permitted to file a second amended complaint by November 20, 2020, or have judgment entered for defendant. No second amended complaint was filed. Therefore, for the reasons discussed in the Court's November 6, 2020 order granting defendant's motion to dismiss, Doc. 25, judgment is entered for defendant; accordingly, this case is closed.

**Dated:** New York, New York

       April 5, 2021

                                                            RUBY J. KRAJICK

                                                             Clerk of Court

                          BY:

                                                            **Deputy Clerk**